1 | **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2 | Name  Glenn                Otis                 Ray
3 |       (Last)               (First)              (Initial)

4 | Prisoner Number  E-25259

5 | Institutional Address  PO BOX 1050, SOLEDAD CALIFORNIA
6 | 93960

7 | **UNITED STATES DISTRICT COURT**
   | **NORTHERN DISTRICT OF CALIFORNIA**

8 | Otis R. Glenn
9 | (Enter the full name of plaintiff in this action.)     CV 08 3908 CRB (PR)

10 |              vs.                                Case No. _____
                                                     (To be provided by the Clerk of Court)
11 | WARDEN JOSEPH McGRATH,
12 | SHO T.L. NELSON, CAPTAIN                        **COMPLAINT UNDER THE**
                                                     **CIVIL RIGHTS ACT,**
13 | J.G. ARCEO, J. CASE CORRECTIONAL                Title 42 U.S.C § 1983
14 | COUNSELOR II, SUSAN Hubbard                     E-filing
    | (Enter the full name of the defendant(s) in this action)

15 |

16 | *[All questions on this complaint form must be answered in order for your action to proceed..]*

17 | I.   Exhaustion of Administrative Remedies.

18 |      [**Note:** You must exhaust your administrative remedies before your claim can go

19 |      forward. The court will dismiss any unexhausted claims.]

20 |      A.   Place of present confinement  SALINAS VALLEY STATE PRISON

21 |      B.   Is there a grievance procedure in this institution?

22 |                YES (X)      NO ( )

23 |      C.   Did you present the facts in your complaint for review through the grievance

24 |           procedure?

25 |                YES (X)      NO ( )

26 |      D.   If your answer is YES, list the appeal number and the date and result of the

27 |           appeal at each level of review. If you did not pursue a certain level of appeal,

28 |           explain why.

COMPLAINT                        - 1 -

1        1. Informal appeal __BY PASSED BY APPEALS OFFICE__

4        2. First formal level __BY PASSED BY APPEALS OFFICE__

7        3. Second formal level __DENIED__

10       4. Third formal level __UPHELD SECOND LEVEL RESPONSE__

13    E.   Is the last level to which you appealed the highest level of appeal available to you?

      YES (✓)   NO ( )

16    F.   If you did not present your claim for review through the grievance procedure, explain why.

20 II.   Parties.

21    A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

__Otis R. Glenn, P.O. Box 1050, Soledad California, 93966__

26    B.   Write the full name of each defendant, his or her official position, and his or her place of employment.

__WARDEN JOSEPH McGRATH, J. G. ARCEO FACILITY CAPTAIN,__

COMPLAINT       - 2 -

1  SENIOR HEAR OFFICER LIEUTENANT T.L. NELSON, SECOND LEVEL
2  REVIEW OFFICER J. CASE, DIRECTOR OF THE
3  CALIFORNIA DEPARTMENT OF CORRECTIONS, Susan Hubbard,
4  ALL ARE LOCATED AT PELICAN BAY STATE PRISON ACCEPT THE DIRECTOR.

5  III.  Statement of Claim.

6  State here as briefly as possible the facts of your case. Be sure to describe how each
7  defendant is involved and to include dates, when possible. Do not give any legal arguments or
8  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
9  separate numbered paragraph.

10  I OTIS GLENN STATES THAT MY RIGHT TO DUE PROCESS
11  WAS VIOLATED DURING THE COURSE OF A CDC 115 RULES
12  VIOLATION REPORT PROCESS. I MADE A STATEMENT IN
13  MY DEFENSE OF (RVR) LOG #B03-03-0020 DATED 10-31-02.
14  JOSEPH McGRATH VIOLATED MY RIGHT BECAUSE HE WAS
15  THE WARDEN AT PELICAN BAY STATE PRISON IN CHARGE
16  OF OVERSEEING OPERATIONS OF THE PRISON. THE SECOND
17  LEVEL REVIEW OFFICER J. CASE VIOLATED MY
18  RIGHT BY INCORRECTLY STATING THAT THIS APPELLANT
19  DID NOT OFFER ANY STATEMENT IN HIS DEFENSE WHEN THE
20  RECORDS REFLECT THAT THE APPELLANT CLEARLY DID.
21  J.G ARCEO VIOLATED MY RIGHT TO DUE PROCESS ON 8-27-04
22  WHEN HE BECAME AWARE THAT THE  CONTINUE ON PAGE 4.

23  IV.  Relief.

24  Your complaint cannot go forward unless you request specific relief. State briefly exactly
25  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

26  PLAINTIFF WANTS A JURY TRIAL AT THE FEDERAL LEVEL.
27  PLAINTIFF WANTS $150.00 PER DAY THAT HE DID IN THE
28  SHU FOR COMPENSATORY DAMAGES. PLAINTIFF WANTS THE
CONTINUED ON PAGE 5.

COMPLAINT                                - 3 -

APPELLANT GLENN DID OFFER A STATEMENT IN HIS DEFENSE AND HE J.G. ARCEO UPHELD THE FINDINGS WHILE KNOWING THAT THE SECOND LEVEL REVIEW OFFICER INCORRECTLY REPORTED THAT THE APPELLANT DID NOT OFFER ANY STATEMENT IN HIS DEFENSE. THE DIRECTOR OF THE CDC VIOLATED MY RIGHT BECAUSE J.G. ARCEO ACTED ON HIS BEHALF. THE SENIOR HEARING OFFICER VIOLATED INMATE GLENN'S RIGHT TO DUE PROCESS BY KNOWINGLY ALLOWING GLENN TO BE SUBJECTED TO SHU STATUS WHEN IT IS OBVIOUS THAT HE KNEW A MISTAKE WAS MADE DURING THE (RVR) HEARING WHERE THE INMATE OFFERED HIS DEFENSE. IT DEFIES LOGIC AS TO HOW A SENIOR HEARING OFFICER'S FINDINGS WAS UPHELD BY THE CHIEF OF INMATE APPEALS IN SACRAMENTO WHEN CLEARLY SECOND LEVEL REVIEW REPORTED THAT THE INMATE DID NOT MAKE A STATEMENT WHICH WAS AN ERROR. INMATE GLENN'S STATEMENT WAS NOT VIEWED AT THE THIRD LEVEL BECAUSE THERE WAS NO RECORD OF HIS STATEMENT SUBMITTED DUE TO SOCALLED ERROR.

I OTIS GLENN DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS STATED IN THE COMPLAINT ARE TRUE AND CORRECT.
DATED 8-1-08                           SIGNED _Glenn Otis_

-4-

RELIEF CONTINUED

DEFENDANTS TO BE PUNISHED FOR THEIR ACTIONS. PLAINTIFF WANTS $100,000 IN PUNITIVE DAMAGES.