**FILED**
AUG 15 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Otis Ray Glenn

　　　　　　　　　Plaintiff,

vs.

Joseph McGrath, T.L. Nelson, J.G.
Arceo, J. Case, Susan Hubbard

　　　　　　　　　Defendant.

CASE NO. CV 08 3908 CRB (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Glenn _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or             Yes ____ No ✓
10         self employment
11     b.  Income from stocks, bonds,          Yes ____ No ✓
12         or royalties?
13     c.  Rent payments?                       Yes ____ No ✓
14     d.  Pensions, annuities, or              Yes ____ No ✓
15         life insurance payments?
16     e.  Federal or State welfare payments,     Yes ____ No ✓
17         Social Security or other govern-
18         ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.

21 _____
22 _____

23 3.  Are you married?                        Yes ____ No ✓
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

1      b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5  _____
6  _____
7  5.    Do you own or are you buying a home?    Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.    Do you own an automobile?    Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ✓ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.    Do you have a bank account? Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No ✓
20 _____
21 8.    What are your monthly expenses?
22 Rent: $ ___∅___ Utilities: ∅
23 Food: $ ___∅___ Clothing: ∅
24 Charge Accounts:
25 Name of Account     Monthly Payment     Total Owed on This Acct.
26 _____ $ _____ $ _____
27 _____ $ _____ $ _____
28 _____ $ _____ $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  _____
4  _____
5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?  Yes ____ No __✓__
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16   8-1-08                                                                                                                                   *[signature]*
17      DATE                                                     SIGNATURE OF APPLICANT

1
2                                              Case Number: _____
3
4
5
6
7
8
9                              CERTIFICATE OF FUNDS
10                                      IN
11                              PRISONER'S ACCOUNT
12
13     I certify that attached hereto is a true and correct copy of the prisoner's trust account
                                    E-25259
14   statement showing transactions of  Glenn, Otis           for the last six months
15   at
         SALINAS VALLEY STATE PRISON
         ACCOUNTING DEPARTMENT
16       P.O. BOX 1020                      [prisoner name]
         SOLEDAD, CA 93960-1020
17   _____ where (s)he is confined.
18            [name of institution]
19     I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ __3.75__ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $ __6.75__.
22
23   Dated: 8/4/08                       L. Macias
24                                    [Authorized officer of the institution]
25
26
27

```
REPORT ID: TS3030  .701                                                              REPORT DATE: 08/04/08
                                                                                     PAGE NO:         1
                          CALIFORNIA DEPARTMENT OF CORRECTIONS
                                SALINAS VALLEY STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCOUNT NUMBER : E25259                              BED/CELL NUMBER: FDB3T1000000102U
ACCOUNT NAME   : GLENN, OTIS                         ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION       COMMENT      CHECK NUM  DEPOSITS    WITHDRAWALS    BALANCE
----     ----  -----------       -------      ---------  --------    -----------    -------

02/01/2008     BEGINNING BALANCE                                                       0.00

04/01 *DD30 CASH DEPOSIT         2512 7518                 22.51                      22.51
04/01  W212 FEDERAL FILIN        2524 NTH                               4.50          18.01
05/19  FC04 DRAW-FAC 4           2932 D3                               18.00           0.01

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/09/89                             CASE NUMBER: A985038
COUNTY CODE: LA                                      FINE AMOUNT: $       100.00

DATE      TRANS.  DESCRIPTION                        TRANS. AMT.        BALANCE
----      ------  -----------                        -----------        -------

02/01/2008        BEGINNING BALANCE                                       23.07

04/01/08  DR30    REST DED-CASH DEPOSIT                 23.07-             0.00

                           * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 06/19/89                             CASE NUMBER: A985514
COUNTY CODE: LA                                      FINE AMOUNT: $       100.00

DATE      TRANS.  DESCRIPTION                        TRANS. AMT.        BALANCE
----      ------  -----------                        -----------        -------

02/01/2008        BEGINNING BALANCE                                      100.00

04/01/08  DR30    REST DED-CASH DEPOSIT                  1.93-            98.07
```

```
REPORT ID: TS3030  .701                                                    REPORT DATE: 08/04/08
                                                                           PAGE NO:         2
                              SALINAS VALLEY STATE PRISON
                             INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: FEB. 01, 2008 THRU AUG. 04, 2008

ACCT: E25259          ACCT NAME: GLENN, OTIS                ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                              TRUST ACCOUNT SUMMARY

BEGINNING      TOTAL        TOTAL        CURRENT      HOLDS       TRANSACTIONS
 BALANCE     DEPOSITS    WITHDRAWALS     BALANCE     BALANCE      TO BE POSTED
----------   ---------   ------------   ---------   ---------    -------------
   0.00        22.51        22.50         0.01        0.00           0.00

                                                               CURRENT
                                                              AVAILABLE
                                                               BALANCE
                                                              ---------
                                                                 0.01
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE. 8/4/08
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature] SVSP
   TRUST OFFICE