OTIS GLENN #E-25259
PO BOX 1050
SOLEDAD, CALIFORNIA, 93960
PETITIONER IN PROPRIA PERSONA



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA   CRB

OTIS GLENN
    PETITIONER

Joseph McGrath, T.L. Nelson, J.G.
Arceo, J. Case, S. Hubbard
    RESPONDANT

CV 08   3908

REQUEST FOR APPOINTMENT OF COUNSEL

E-filing



COMES NOW THE ABOVE NAMED PETITIONER IN THE ABOVE ENTITLED MATTER RESPECTFULLY REQUESTING THIS COURT TO GRANT THE REQUEST FOR APPOINTMENT OF COUNSEL IN THE AFOREMENTIONED CASE, PURSUANT TO TITLE 18 U.S.C. § 3006A FOR THE FOLLOWING REASONS:

1.) THE PLAINTIFF IS UNABLE TO AFFORD COUNSEL.
2.) THE ISSUES INVOLVED IN THIS CASE ARE COMPLEX.
3.) THE ISSUES IN THIS CASE MAY REQUIRE REPRESENTATION WHICH GLENN THE PETITIONER IS UNABLE TO PERFORM DO TO INCARCERATION.
4.) PETITIONER HAS VERY LIMITED KNOWLEDGE OF THE LAW.
5.) PETITIONER IS A EOP LEVEL OF CARE INMATE WHO TAKES PSYCHIATRIC MEDICATION.
6.) PETITIONER PUT THIS MOTION TOGETHER WITH THE HELP OF ANOTHER INMATE WHO HE WILL NOT HAVE ACCESS TO IN THE FUTURE.

7.) JUSTICE WOULD BEST BE SERVED IN THIS CASE IF AN ATTORNEY IS APPOINTED TO REPRESENT THE PLAINTIFF IN THIS MATTER.

RESPECTFULLY SUBMITTED: *Otis R Glenn*            8-1-08
                          PETITIONER IN PROPRIA PERSONA    DATE

OTIS GLENN #E-25259
PO BOX 1050
SOLEDAD, CALIFORNIA, 93960
PETITIONER IN PROPRIA PERSONA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

OTIS GLENN, BEING DULY SWORN, DEPOSES AND SAYS:

1.) I  OTIS GLENN , CALIFORNIA DEPARTMENT OF CORRECTIONS IDENTIFICATION NUMBER  E-25259 , DECLARE THAT I AM A PETITIONER IN CASE NUMBER _____, THAT I AM AN INCARCERATED PRISONER IN THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND THAT I AM INDEGENT AND UNABLE TO AFFORD COUNSEL.

2.) THIS CASE WILL REQUIRE DISCOVERY OF DOCUMENTS AND DEPOSITIONS OF A NUMBER OF WITNESSES, INMATES AND CORRECTION'S STAFF.

3.) PLAINTIFF DOES NOT HAVE A HIGH SCHOOL EDUCATION AND HAS NO LEGAL EDUCATION.

4.) PLAINTIFF IS SERVING A SENTENCE IN PUNITIVE SEGREGATION. FOR THIS REASON HE HAS VERY LIMITED ACCESS TO LEGAL MATERIALS AND HAS NO ABILITY TO INVESTIGATE THE FACTS OF THE CASE, FOR EXAMPLE BY LOCATING AND INTERVIEWING INMATES WHO ARE WITNESSES.

5.) PLAINTIFF WAS DENIED DUE PROCESS IN A DISCIPLINARY HEARING BY A HEARING OFFICER.

6.) MY TOTAL ASSETS ARE, $0.00 , AND MY INCOME IS $0.00 , PER MONTH.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED THIS, __1__ DAY OF __2008__, AT SALINAS VALLEY STATE PRISON SOLEDAD, CALIFORNIA.

RESPECTFULLY SUBMITTED: __*Otis R Glenn*__.
                               PETITIONER IN PROPRIA PERSONA